**Jose Covarrubias VALDIVIA; et al., Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 08–72641.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 13, 2009.

John E. Ricci, Law Office Of Ricci and Sprouls, San Francisco, CA, for Petitioners.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Anna Nelson, Aviva Poczter, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

Before: SILVERMAN, RAWLINSON and CLIFTON, Circuit Judges.

MEMORANDUM **

Jose Covarrubias Valdivia and Ericka Tapia Ramirez, husband and wife, seek review of a Board of Immigration Appeals order denying their motion to reopen removal proceedings. We dismiss the petition for review.

We lack jurisdiction to review the Board's denial of petitioners' motion to reopen, which introduced further evidence of hardship to their United States citizen son. *See Fernandez v. Gonzales*, 439 F.3d 592, 600 (9th Cir.2006) (explaining that § 1252(a)(2)(B)(i) bars jurisdiction where question presented in motion to reopen is essentially the same unreviewable discretionary issue originally decided).

Our conclusion that we lack jurisdiction to review the Board's denial of reopening forecloses petitioner's argument that the Board denied failed to meaningfully review and analyze the issues raised in the motion. *See Fernandez*, 439 F.3d at 603–04.

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

